UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Marc Martel, | Docket No. 1:17-cv-00407-SM |
| Plaintiff, | |
| v. | |
| Computer Sciences Corporation, | |
| Defendant. | |

**ATTACHMENT TO PARTIES' PROPOSED REVISED DISCOVERY PLAN ESTABLISHED IN THE COURT'S DECEMBER 1, 2017 DISCOVERY PLAN ORDER**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Fact Discovery | 06/01/19 | 01/21/20 |
| Completion of Expert Discovery | 06/01/19 | 03/21/20 |
| Disclosure of Experts and Experts' Written Reports (Plaintiff) | 04/01/19 | 10/15/19 |
| Disclosure of Experts and Experts' Written Reports (Defendant) | 05/01/19 | 12/02/19 |
| Challenges to Expert Testimony | 06/01/19 | 01/21/20 |
| Motions for Summary Judgment | 06/01/19 | 01/21/20 |
| Joint Statement Re Mediation | --- | 10/01/19 |
| Trial | Two-Week Period Beginning 11/13/19 | Two-Week Period Beginning 05/19/20 |