```
 1   raised in the motion to compel.
 2           The letter that we got from Attorney Wood's
 3   associate, Attorney Bowdler, asks again for another meet and
 4   confer with them regarding this discovery.
 5           THE COURT:  He's here today so I'm going to
 6   encourage you to have that conversation.  At some point in
 7   time -- you know, the Court's not prepared to address these
 8   issues today.  I've got the motion to compel in front of me.
 9   That's what I was ready to do.
10           MS. BURNS:  Okay.
11           THE COURT:  That's what I have information on and
12   that's what I would like to focus on today, but I am
13   available to both sides to address these issues.
14           If we have to have regular discovery conferences to
15   get you through discovery, I'm not happy about doing that, I
16   don't think that that's a good use of the parties' time, but
17   I know how to conduct discovery.  I haven't been away from
18   litigating cases that long.  So I caution both sides that if
19   the Court's time on this case outweighs the way that the
20   Court normally handles discovery issues, it's not going to be
21   good for either party.
22           So I'm going to encourage you while you're all
23   physically here today to spend some time trying to work
24   through these issues.  If you can't work through them, I will
25   gladly at the request of the parties set up a comprehensive
```

```
 1    discovery status conference where both sides will have an
 2    opportunity to let the Court know where we are with
 3    discovery.
 4              Attorney Wood, my sense would be, if we're going to
 5    do that, that I would expect counsel to physically come to
 6    the courthouse and for us to spend a good portion of a day
 7    going through discovery, and I typically rule comprehensively
 8    on all of the issues if we can't reach an agreement.
 9              So we can set aside the things that we're going to
10    file motions to compel on, and we can try to work through the
11    things that we agree to.
12              I would encourage you to have your conversations.
13    If you reach some kind of tentative agreements that you want
14    to review with me, if I'm available, if we can get a court
15    reporter here, I will gladly sit down with you and we can try
16    to do that today.  I do have a somewhat full schedule this
17    afternoon, but I wouldn't mind taking advantage of Attorney
18    Wood physically being here, but right now I'm just not in a
19    position to respond to the discovery disputes.  All right?
20              MS. BURNS:  I understand, your Honor.
21              THE COURT:  Thank you.  I appreciate it.
22              All right.  Please speak to each other and see if
23    you can work it out.  Thank you.
24              MR. WOOD:  Thank you, your Honor.
25              (Conclusion of hearing at 12:15 p.m.)
```